[No. 22762-6-III.  Division Three.  August 16, 2005.]

THE STATE OF WASHINGTON, *Respondent* v. ALEXANDER DONALD
RIENDEAU, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-02433-4, Linda G. Tompkins, J., entered February 12, 2004. *Reversed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 22796-1-III.  Division Three.  August 16, 2005.]

THE STATE OF WASHINGTON, *Respondent* v. RICHARD LEE
KEENUM, *Appellant.*

Appeal from a judgment of the Superior Court for Stevens County, No. 03-1-00232-6, Rebecca M. Baker, J., entered February 19, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 22943-2-III.  Division Three.  August 16, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. PAO VANG XIONG,
*Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-02419-9, Neal Q. Rielly, J., entered April 16, 2004. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Kurtz and Brown, JJ.

[No. 23097-0-III.  Division Three.  August 16, 2005.]

OCTAVIO SANDOVAL ET AL., *Appellants*, v. THE ESTATE OF
ZACHARY ZINK IV ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 03-2-00086-9, Donald W. Schacht, J., entered May 24, 2004. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Schultheis, J.